UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| HARTFORD UNDERWRITERS INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>KRAUS USA, INCORPORATED,<br><br>Defendants. | Case No. 3:15-cv-5514-JSC (ADR)<br><br>**ORDER RE: ATTENDANCE AT MEDIATION**<br><br>Date: April 4, 2016<br>Mediator: Tamara Lange |
|---|---|

IT IS HEREBY ORDERED that the request to excuse defendant Kraus USA, Inc.'s corporate representative, Dmitry Rukhlin, from appearing in person at the April 4, 2016, mediation before Tamara Lange is GRANTED. The corporate representative will also not be required to participate telephonically in the mediation as set forth in ADR L.R. 6-10(f).

**IT IS SO ORDERED**.

Dated: March 10, 2016

Maria-Elena James
United States Magistrate Judge