UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARTFORD UNDERWRITERS INSURANCE COMPANY<br><br>Plaintiff,<br><br>v.<br><br>KRAUS USA, INCORPORATED,<br><br>Defendant. | Case No. 15-cv-05514-JSC<br><br>**ORDER RE: ATTENDANCE AT MEDIATION**<br><br>Date: April 4, 2016<br>Mediator: Tamara Lange |

IT IS HEREBY ORDERED that the request to excuse plaintiff Hartford Underwriters Insurance Company's corporate representative, Heather Pummer, from appearing in person at the April 4, 2016, mediation before Tamara Lange is GRANTED. The representative shall participate actively for the duration of the mediation by joining telephonically as set forth in ADR L.R. 6-10(f).

**IT IS SO ORDERED**.

Dated: April 1, 2016

Maria-Elena James
United States Magistrate Judge