UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARTFORD UNDERWRITERS INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>KRAUS USA, INCORPORATED,<br><br>Defendant. | Case No. 15-cv-05514-JSC<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

The Court is in receipt of the parties Joint Case Management Conference Statement. (Dkt. No. 30.) In light of the parties' continuing settlement negotiations, the case management conference scheduled for June 2, 2016 is continued to July 7, 2016 at 1:30 p.m. All other pretrial and trial deadlines remain in place.

**IT IS SO ORDERED.**

Dated: May 31, 2016

JACQUELINE SCOTT CORLEY
United States Magistrate Judge